```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                       FORT WORTH DIVISION
```

| | |
|---|---|
| TOMMY LEE CODY, § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO.4:09-CV-015-Y |
| § | |
| NATHANIEL QUARTERMAN, Director, § | |
| T.D.C.J., Correctional § | |
| Institutions Division, § | |
| Respondent. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner Tommy Lee Cody, along with the April 27, 2009, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until May 18, 2009, to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, Quarterman's motion to dismiss should be granted, and the petition for writ of habeas corpus dismissed with prejudice.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Respondent Quarterman's motion to dismiss [docket no. 8] is GRANTED.

Tommy Lee Cody's petition for writ of habeas corpus is DISMISSED WITH PREJUDICE.

SIGNED May 27, 2009.

                                                TERRY R. MEANS
                                                UNITED STATES DISTRICT JUDGE